In the Matter of the Estate of SAMUEL RUBEL, Deceased. YETTA RUBEL et al., as Administrators of the Estate of ISIDOR RUBEL, Deceased, Respondents; DORA N. RUBEL, as Administratrix of the Estate of SAMUEL RUBEL, Deceased,

Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.